SAMUEL LUTZKER, Individually and as· Guardian ad Litem of IRVING LUTZKER, an Infant, Appellants, *v.* BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent.

Argued January 14, 1942, decided March 5, 1942.

*Max Seltzer, John Wilson* and *William R. Altman* for appellants.

*William C. Chanler, Corporation Counsel (James Hall Prothero, Paxton Blair* and *Milton I. Newman* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.